# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matt C. Pierce

v.

JNR Adjustment Company, Inc.,

Case No. Civil 02-1499ADM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. JNR'S Amended motions to dismiss are GRANTED,
2. Plaintiffs' motions to amend complaint are DENIED AS MOOT.

DATE: April 22, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk

36